| | |
|---|---|
| 1 | DAN MARMALEFSKY (CA SBN 95477) |
|   | dmarmalefsky@mofo.com |
| 2 | DAVID McDOWELL (CA SBN 125806) |
|   | DMcDowell@mofo.com |
| 3 | PURVI G. PATEL (CA SBN 270702) |
|   | PPatel@mofo.com |
| 4 | Morrison & Foerster LLP |
|   | 707 Wilshire Boulevard |
| 5 | Los Angeles, California  90017-3543 |
|   | Telephone: 213.892.5200 |
| 6 | Facsimile: 213.892.5454 |
| 7 | Attorneys for Defendant |
|   | MONSTER ENERGY COMPANY |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSIE MARSHALL, YASNA CUEVAS, and JOHN VAN ES, on behalf of themselves and others similarly situated, | | Case No.  14-cv-06311-MWF (PLAx) |
| | Plaintiffs, | **DEFENDANT MONSTER ENERGY COMPANY'S STATEMENT REGARDING CLASS SETTLEMENT AND REQUEST FOR STATUS CONFERENCE** |
| v. | | |
| MONSTER ENERGY COMPANY, D/B/A HANSEN BEVERAGE COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE, | | Hon. Michael W. Fitzgerald |
| | | Courtroom 1600 |
| | Defendant. | |

1    Defendant Monster Energy Company hereby informs the Court that Plaintiffs Osie Marshall, Yasna Cuevas, and John Van Es have decided to abandon the parties' agreed-upon class settlement of this matter.  Monster Energy stands by the proposed settlement and remains willing to work with Plaintiffs to achieve a fair and reasonable resolution of this matter.

On February 29, 2016, the Court denied, without prejudice, Plaintiffs' motion for preliminary approval of a class settlement.  The Court addressed certain objections to the settlement raised by proposed intervenors,[1] including their assertions that Plaintiffs' counsel is inadequate to represent the putative class.  At the hearing and in the order issued later that same date [ECF No. 95], the Court outlined a discrete set of issues that the parties needed to address before bringing a renewed motion for preliminary approval.  The Court provided Plaintiffs until March 14, 2016 to file a renewed motion.

Plaintiffs have recently informed Monster Energy that they no longer support the settlement and do not intend to file a renewed motion.  Monster Energy respectfully requests a status conference at the Court's earliest convenience to set a schedule for this case.

Dated:  March 14, 2016                    MORRISON & FOERSTER LLP


                                          By: */s/ Purvi G. Patel*
                                                Purvi G. Patel

                                          ***Attorneys for Defendant
                                          Monster Energy Company***

---

[1] The Court denied the motions to intervene that were filed by plaintiffs in overlapping state court actions, *Krinsk, et al. v. Monster Beverage Corporation*, San Diego Superior Court, No. 37-2014-20192-CU-BT-CTL and *Cuzakis, et al. v. Monster Energy Company, et al.*, Los Angeles Superior Court, No. BC513620.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of March, 2016 the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

Dated: March 14, 2016                    MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*
      Purvi G. Patel
***Attorneys for Defendant***
***Monster Energy Company***

MONSTER ENERGY'S STATEMENT RE: CLASS SETTLEMENT AND REQUEST FOR STATUS CONFERENCE
CASE NO. 14-cv-06311-MWF(PLAx)
la-1312998

2