Anthony J. Orshansky, SBN 199364
anthony@counselonegroup.com
Alexandria Kachadoorian, SBN 240601
alexandria@counselonegroup.com
Justin Kachadoorian, SBN 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs
OSIE MARSHALL, YASNA CUEVAS,
and JOHN VAN ES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSIE MARSHALL, YASNA CUEVAS, and JOHN VAN ES, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONSTER ENERGY COMPANY, D/B/A HANSEN BEVERAGE COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendant. | Case No. 14-cv-06311-MWF (PLAx)<br><br>**PLAINTIFFS' STATEMENT REGARDING RENEWAL OF MOTION FOR PRELIMINARY APPROVAL**<br><br>Hon. Michael W. Fitzgerald<br><br>Courtroom 1600 |

On February 29, 2016, the Court denied Plaintiffs' motion for preliminary approval of a class settlement. [ECF No. 95.] The Court provided Plaintiffs until March 14, 2016, to file a renewed motion.

The parties have been unable to reach an agreement on an amended class settlement. Consequently, Plaintiffs will not file a renewed motion for preliminary approval.

Dated: March 14, 2016                                      COUNSELONE, PC

                                                           By: */s/ Justin Kachadoorian*
                                                               Justin Kachadoorian

                                                           ***Attorneys for Plaintiffs Osie Marshall, John Van Es, and Yasna Cuevas***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of March, 2016 the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

Dated: March 14, 2016                               COUNSELONE, PC

                                                    By: */s/ Justin Kachadoorian*
                                                        Justin Kachadoorian

                                                    ***Attorneys for Plaintiffs Osie Marshall, John Van Es, and Yasna Cuevas***