Anthony J. Orshansky, SBN 199364
anthony@counselonegroup.com
Alexandria Kachadoorian, SBN 240601
alexandria@counselonegroup.com
Justin Kachadoorian, SBN 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs
OSIE MARSHALL, YASNA CUEVAS,
and JOHN VAN ES

(*Defense counsel listed on next page*)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSIE MARSHALL, YASNA CUEVAS, and JOHN VAN ES, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONSTER ENERGY COMPANY, D/B/A HANSEN BEVERAGE COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendant. | Case No. 14-cv-06311-MWF (PLAx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Hon. Michael W. Fitzgerald<br><br>Courtroom 1600 |

STIPULATION OF DISMISSAL
CASE NO. 14-CV-06311-MWF(PLAX)

1  DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
2  DAVID F. McDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
3  PURVI G. PATEL (CA SBN 270702)
   PPatel@mofo.com
4  Morrison & Foerster LLP
   707 Wilshire Boulevard
5  Los Angeles, California 90017-3543
   Telephone: 213.892.5200
6  Facsimile:  213.892.5454

7  Attorneys for Defendant
   MONSTER ENERGY COMPANY
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL
CASE NO. 14-CV-06311-MWF(PLAX)

1

Plaintiffs Osie Marshall, Yasna Cuevas, and John Van Es and Defendant Monster Energy Company (f/k/a Hansen Beverage Company), by and through their counsel of record, stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss this action without prejudice, with each party to bear its own costs and expenses, including attorneys' fees.

Dated: June 3, 2016            COUNSELONE, P.C.

By: /s/ Anthony J. Orshansky
      Anthony J. Orshansky

*Attorneys for Plaintiffs
Osie Marshall, Yasna Cuevas,
and John Van Es*

Dated: June 3, 2016            MORRISON & FOERSTER LLP

By: /s/ Purvi G. Patel
      Purvi G. Patel

*Attorneys for Defendant
Monster Energy Company*

STIPULATION OF DISMISSAL
CASE NO. 14-CV-06311-MWF(PLAx)

## ECF ATTESTATION

I, Anthony J. Orshansky, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that Purvi G. Patel has concurred in and authorized this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

                                    /s/ Anthony J. Orshansky
                                        Anthony J. Orshansky

*Attorneys for Plaintiffs*
*Osie Marshall, Yasna Cuevas, and John Van Es*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of June, 2016 the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

Dated: June 3, 2016                            COUNSELONE, PC

                                  By: */s/ Anthony J. Orshansky*
                                          Anthony J. Orshansky

*Attorneys for Plaintiffs*
*Osie Marshall, John Van Es, and Yasna Cuevas*

STIPULATION OF DISMISSAL
CASE NO. 14-CV-06311-MWF(PLAx)

3